FILED
2011 Feb-01  PM 04:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIE HERMAN FORREST III, )<br>)<br>Petitioner, )<br>vs. )<br>)<br>JUDGE VIRGINIA VINSON; WARDEN, )<br>Jefferson County Jail; ATTORNEY )<br>GENERAL OF THE STATE OF )<br>ALABAMA, )<br>)<br>Respondents. ) | Case No.    2:10-cv-2429-JHH-TMP |

O R D E R

On December 29, 2010, the magistrate judge filed his report and recommendation in the above-styled cause, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2254 be denied and dismissed with prejudice. No objections have been filed.[1]

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the report is due to be and hereby is ADOPTED, and the recommendation is ACCEPTED. Consequently, the petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2254 in the above-styled cause is due to be and the same is hereby DENIED and DISMISSED WITH PREJUDICE.

**DONE** this the   1st   day of February, 2011.

*James H. Hancock*
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] On January 18, 2011, the petitioner's copy of the Report and Recommendation was returned to the court by the postal service, marked "Return to Sender. Undeliverable As Addressed." The court has been unable to find a more current address for the petitioner via a search of the Alabama Department of Corrections website, and the petitioner has not provided the court with his current address.